JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6311 (phone)
702-388-5087 (fax)
Edward.G.Veronda@usdoj.gov
Counsel for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

Vs.

JUN GAO,

Defendant.

Case No.: 2:18-cr-0373-JCM-CWH

STIPULATION TO CONTINUE CHANGE OF PLEA HEARING

(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M., FRIERSON, United States Attorney; Edward Veronda, Assistant United States Attorney, counsel for the United States of America and Kelvin Yao, Esq., counsel for defendant GAO:

THAT THE CHANGE OF PLEA HEARING CURRENTLY SCHEDULED FOR September 14, 2022, be vacated and set to a time convenient for the Court.

1. Both parties agree to the continuance.

2. Defendant GAO is on pretrial release and agrees to the continuance.

3. Counsel for the Government is unavailable, as Counsel for the Government will be out of the District of Nevada for work related travel between Tuesday,

September 13, 2022, and Friday, September 16, 2022. Counsel for the Government is available for a re-scheduled hearing anytime after Monday, September 19, 2022

7. This is the first request to continue the change of plea.

DATED this 8th day of September, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
Edward G. Veronda
Assistant United States Attorney

*/s/ Kelvin Yao*
Kelvin Yao, Esq.
Counsel for Defendant Gao

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUN GAO,

Defendant.

Case No.: 2:18-cr-0373-JCM-DJA

FINDINGS AND ORDER ON STIPULATION

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Both parties agree to the continuance.

2. Defendant GAO is on pretrial release and agrees to the continuance.

3. Counsel for the Government is unavailable, as Counsel for the Government will be out of the District of Nevada for work related travel between Tuesday, September 13, 2022, and Friday, September 16, 2022. Counsel for the Government is available for a re-scheduled hearing anytime after Monday, September 19, 2022

4. This is the first request to continue the change of plea.

ORDER

IT IS ORDERED that the change of plea hearing currently scheduled for September 14, 2022, be vacated and continued to **October 21, 2022, at 11:00 a.m.**

DATED September 9, 2022

UNITED STATES DISTRICT JUDGE