Yao Wen, Esq.
WENDOT LAW GROUP
Tel: (702) 520-8888
ywen@wendotlaw.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JUN GAO

    Defendant(s).

Case# 2:18CR00373-JCM-DJA-2

## STIPULATION AND ORDER TO WAIVE PERSONAL APPEARANCE ON MAY 24, 2023

IT IS HEREBY STIPULATED AND AGREED by and between Yao Wen, ESQ., of Wendot Law Group, as counsel for Defendant and Edward Veronda, ESQ., of U.S. Attorney's Office as counsel for United States of America as follow:

1. The hearing, currently set for May 24, 2023 at 10:00 AM., is requested to waive the defendant's appearance and instead to appear by telephone or by video.

2. The reason for appearance in video is due to the defendants current medical condition.

3. Counsel has discussed with the defendant the right to appear in person and the option of appearing by telephone/videoconference and the defendant consents to appearing by telephone/videoconference.

AGREED TO BY:

___/s/ yao wen_____

Yao Wen, Esq.
Nevada Bar No: 14299 WENDOT LAW GROUP
Tel: (702) 520-8888
ywen@wendotlaw.com Attorney for Defendant

___/s/ Edward Veronda_____

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Edward.G.Veronda@usdoj.gov
Attorneys for the United States

1

## ORDER

Based upon the parties' medical condition, this Court grants the motion of the party listed above, to appear telephonically or by videoconference on May 23, 2023 for the reasons stated above.

IT IS SO ORDERED.

DATED May 22, 2023.

DATED:

May 22, 2023

UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

WENDOT LAW GROUP

___/S/ yao wen_____
Yao Wen, Esq.
Nevada Bar No: 14299
WENDOT LAW GROUP
Tel: (702) 520-8888
ywen@wendotlaw.com
Attorney for Defendant

2